UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY THOMAS, | ) | CASE NO. 1: 25 CV 2167 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION |
| BEACHWOOD CITY SCHOOL | ) | |
| DISTRICT BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James A. Grimes, Jr. (ECF #19) Magistrate Judge Grimes recommends that the Plaintiff's Motions for a Preliminary Injunction and for an evidentiary hearing be denied and that Defendant's Motion to file supplemental documents in opposition to the Motion for Preliminary Injunction be granted. No objection to the Report and Recommendation has been filed.

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to that report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED R. CIV. P. 72(b)(3). When no timely objection is filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citations omitted). See also, *Thomas v. Arn*, 474 U.S. 140, 150 (1985)("It does not appear that Congress intended to require district court review of magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to these findings.")

The Court has carefully reviewed the Report and Recommendation and agrees with the findings and analysis set forth therein. Accordingly, the Report and Recommendation of Magistrate Judge Grimes (ECF #19) is ADOPTED. Plaintiff's Motion for a Preliminary Injunction (ECF #3) and an evidentiary hearing (ECF #10) are denied.[1]

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 4, 2026

---

[1] Plaintiff has filed two objections that do not appear to seek a review of an Order issued by Magistrate Judge Grimes. See ECF ## 20 and 21. As such this Court will not address them.